IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILLIP S. DUNN,

    Petitioner,
                                  JUDGMENT IN A CIVIL CASE

v.                                      Case No. 16-cv-224-bbc

STATE OF WISCONSIN,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that petitioner Philip S. Dunn's petition for a writ of corpus under 28 U.S.C. § 2254 is denied  and this case is dismissed.

| /s/ | 6/6/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |